| Federal Defenders | Southern District |
|---|---|
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |

| Tamara Giwa | Jennifer L. Brown |
|---|---|
| *Executive Director* | *Attorney-in-Charge* |

October 15, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Letter Motion GRANTED. The status conference on the VOSR is adjourned from October 22, 2025 to **November 4, 2025 at 11:00 a.m.**
>
> Dated: October 15, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: *United States v. Valerie Kelley*, 24 Cr. 660 (JLR)

Dear Judge Rochon:

    I write to respectfully request a short adjournment of the Violation of Supervised Release ("VOSR") conference scheduled in this matter for October 22, 2025. I unfortunately will be unavailable to appear on that date because I am out of the office from Monday, October 20, 2025, until Monday, November 3, 2025. This was a scheduling error on my part, and I apologize to the Court and the parties for any inconvenience this might cause. I have reached out to Probation and the Government regarding their positions on this request and Probation informed me that it objects to an adjournment and the Government indicated that it defers to Probation.

    If the Court grants this request, I can be available on the following dates and times during the week of my return to the office: 11/3/25; 11/4/25; 11/6/25 after 2:00; 11/7/25. If the Court denies this request, I will, of course, have a colleague appear on my behalf.

    Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____

Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell:    (917) 612-3274

cc:    AUSA Remy Grosbard
        USPO Kyro King