UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

VALERIE KELLEY,

                Defendant.

Case No. 1:24-cr-00660 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    It is hereby ORDERED that the Court has revoked the supervised release of the defendant in the above captioned case and sentenced her to a term of imprisonment of four months, followed by no term of supervised release.

Dated: November 10, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge